UST-27, 8/95

LAWRENCE J. WARFIELD
Chapter 7 Panel Trustee
P.O. Box 14647
Scottsdale, AZ 85267-4647

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: ) | CHAPTER 7 |
| ) | |
| HANSEN, MARK A. ) | CASE NO. 05-28223-PHX RJH |
| HANSEN, KAREN A. ) | |
| ) | TRUSTEE'S FINAL REPORT |
| AKA KAREN SANDERS ) | AND PROPOSED DISTRIBUTION |
| ) | |
| Debtor(s) ) | |

I, LAWRENCE J. WARFIELD, Trustee of the estate of the above-named debtor(s), respectfully report and represent that:

1. All Assets of the debtor(s) have been reduced to cash, released to the debtor(s) as exempt property, released to secured creditors, abandoned, or will be abandoned as burdensome, Form 1 - Individual Estate Property Record and Report, Form 2 - Cash Receipts and Disbursements Record and Trustee's Proposed Distribution are attached hereto.

2. In addition, the Trustee has reviewed the Statement of Affairs and all other schedules and has determined that there are no additional assets having any value to the estate.

3. A summary of receipts and disbursements as reflected in the attached Form 2 is: Receipts $4,113.76, Disbursements $0.00, and the balance on hand $4,113.76, Checking $4,113.76, Savings $0.00, TCD $0.00.

4. A separate Application for Compensation and Reimbursement of Expenses has been filed and that pursuant to §326(a) of the Bankruptcy Code, the maximum fee allowable to the Trustee is $1,028.44. I have received $0.00 of this total as interim compensation, and now request $1,028.44 as my final compensation and an additional $65.74 as reasonable and necessary expense incurred. Expense previously paid $0.00, balance $65.74.

I declare under penalty of perjury that the statements contained in the foregoing final account and attached report Forms and Schedules of Trustee are true according to the best of my knowledge, information and belief. I further declare that I have no agreement or understanding, expressed or implied, with anyone whomsoever as to any division of fees in the above matter.

I certify to the Court and the United States Trustee that I have faithfully and properly fulfilled the duties of the office of the trustee, that I examined all proofs of claims as appropriate under the proposed distribution, and the proposed distribution, attached hereto, is proper, and consistent with the law and rules of court.

THEREFORE, the Trustee requests that the Final Report and Proposed Distribution be accepted.

EXECUTED ON: 10/3/07      LAWRENCE J. WARFIELD, Trustee

REVIEW OF UNITED STATES TRUSTEE & AUTHORIZATION TO MAKE DISTRIBUTION

I have reviewed the Trustee's Final Report and Proposed Distribution, and authorize the payment of dividends to creditors after: all creditors and interested parties have been noticed and no objections are timely filed; or if any objections are filed, they have been resolved with a final non-appealable order. If the net proceeds do not exceed $1,500 and each chapter 7 application for compensation or reimbursement of expense does not exceed $1,000, notice to creditors is not required.

ILENE J. LASHINSKY
United States Trustee
District of Arizona

Dated: 12-4-07      By: Carol Popovich

Lawrence J. Warfield
Chapter 7 Panel Trustee
P.O. Box 14647
Scottsdale, AZ 85267

| Case Number: | 05-28223-PHX RJH | Trustee: | (240190) LAWRENCE J. WARFIELD |
| --- | --- | --- | --- |
| Case Name: | HANSEN, MARK A. | Filed (f) or Converted (c): | 12/22/05 (f) |
|  | HANSEN, KAREN A. | §341(a) Meeting Date: | 01/23/06 |
| Period Ending: | 10/03/07 | Claims Bar Date: | 06/07/07 |

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | BANK ACCOUNTS - BANK OF AMERICA CHECKING | 150.00 | 0.00 |  | 0.00 | FA |
| 2 | BANK ACCOUNTS - TRI CENTURY CHECKING Debtors did not claim exemption in this asset, but could have claimed up to $150. | 150.00 | 540.68 |  | 540.68 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS | 3,000.00 | 0.00 |  | 0.00 | FA |
| 4 | CLOTHING | 200.00 | 0.00 |  | 0.00 | FA |
| 5 | 357 PISTOL | 150.00 | 0.00 |  | 0.00 | FA |
| 6 | 45 PISTOL | 150.00 | 0.00 |  | 0.00 | FA |
| 7 | 401 K Debtors did not claim exemption in this asset but could have claimed the full amount. | 1,004.00 | 0.00 |  | 0.00 | FA |
| 8 | 2002 JEEP WRANGLER | 10,000.00 | 0.00 |  | 0.00 | FA |
| 9 | INTERNATIONAL | 1,200.00 | 1,200.00 | DA | 0.00 | FA |
| 10 | 2000 POLARIS | 4,000.00 | 0.00 |  | 0.00 | FA |
| 11 | 1980 COLEMAN TENT TRAILER | 300.00 | 300.00 | DA | 0.00 | FA |
| 12 | 2002 FEDERAL TAX REFUND (u) | 680.66 | 680.66 |  | 680.66 | FA |
| 13 | 2005 FEDERAL TAX REFUND (u) | 2,807.25 | 2,738.03 |  | 2,738.03 | FA |
| 14 | NON-EXEMPT WAGES (u) | 141.45 | 141.45 |  | 141.45 | FA |
| 15 | INTEREST EARNED - ESTATE BANK ACCOUNTS (u) | 12.94 | 12.94 |  | 12.94 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-28223-PHX RJH
**Case Name:** HANSEN, MARK A.
HANSEN, KAREN A.
**Period Ending:** 10/03/07

**Trustee:** (240190)   LAWRENCE J. WARFIELD
**Filed (f) or Converted (c):** 12/22/05 (f)
**§341(a) Meeting Date:** 01/23/06
**Claims Bar Date:** 06/07/07

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 15 | Assets | | | | | |
| | Totals (Excluding unknown values) | $23,946.30 | $5,613.76 | | $4,113.76 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** January 23, 2008   **Current Projected Date Of Final Report (TFR):** January 23, 2008

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-28223-PHX RJH | Trustee: | LAWRENCE J. WARFIELD (240190) |
|---|---|---|---|
| Case Name: | HANSEN, MARK A. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | HANSEN, KAREN A. | Account: | ***-*****41-65 - Money Market Account |
| Taxpayer ID #: | 13-7557300 | Blanket Bond: | $72,435,494.00 (per case limit) |
| Period Ending: | 10/03/07 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 03/05/07 | {12} | US TREASURY | 2002 REFUND | 1224-000 | 680.66 | | 680.66 |
| 03/08/07 | | US TREASURY | 2005 FEDERAL REFUND; NON-EXEMPT WAGES | 1224-000 | 2,807.25 | | 3,487.91 |
| | {13} | | | 1224-000 | 2,738.03 | | 3,487.91 |
| | {14} | | | 1229-000 | 69.22 | | 3,487.91 |
| 03/30/07 | {15} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.24 | | 3,489.15 |
| 04/30/07 | {15} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.92 | | 3,491.07 |
| 05/31/07 | {15} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.92 | | 3,492.99 |
| 06/29/07 | {15} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.80 | | 3,494.79 |
| 07/18/07 | {14} | MARK A HANSEN | NON-EXEMPT WAGES; EXCESS BANK | 1229-000 | 306.45 | | 3,801.24 |
| 07/31/07 | {15} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.03 | | 3,803.27 |
| 8/06/07 | {2} | HANSEN, MARK | EXCESS BANK | 1129-000 | 306.46 | | 4,109.73 |
| 08/31/07 | {15} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.21 | | 4,111.94 |
| 09/26/07 | {15} | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | 1270-000 | 1.82 | | 4,113.76 |
| 09/26/07 | | To Account #********4166 | TRANSFER FOR TFR | 9999-000 | ! | 4,113.76 | 0.00 |
| | | | | Subtotals: | $4,113.76 | $4,113.76 | |

{} Asset reference(s)  !-Not printed or not transmitted  Printed: 09/26/2007 12:39 PM  V.9.55

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-28223-PHX RJH | Trustee: | LAWRENCE J. WARFIELD (240190) |
|---|---|---|---|
| Case Name: | HANSEN, MARK A. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | HANSEN, KAREN A. | Account: | ***-*****41-65 - Money Market Account |
| Taxpayer ID #: | 13-7557300 | Blanket Bond: | $72,435,494.00 (per case limit) |
| Period Ending: | 10/03/07 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 4,113.76 | 4,113.76 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 4,113.76 | |
| | | | **Subtotal** | | 4,113.76 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $4,113.76 | $0.00 | |

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 05-28223-PHX RJH |
| Case Name: | HANSEN, MARK A. |
| | HANSEN, KAREN A. |
| Taxpayer ID #: | 13-7557300 |
| Period Ending: | 10/03/07 |

| | |
|---|---|
| Trustee: | LAWRENCE J. WARFIELD (240190) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****41-66 - Checking Account |
| Blanket Bond: | $72,435,494.00 (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/26/07 | | From Account #*********4165 | TRANSFER FOR TFR | 9999-000 | 4,113.76 | | 4,113.76 |

| | | Receipts | Disbursements | |
|---|---|---|---|---|
| | Subtotal | 4,113.76 | 0.00 | |
| | Less: Bank Transfers | 4,113.76 | 0.00 | |
| | **ACCOUNT TOTALS** | | | $4,113.76 |
| | **NET Receipts / Disbursements** | $0.00 | $0.00 | |
| | Less: Payments to Debtors | | 0.00 | |

| | Net Receipts : | 4,113.76 |
|---|---|---|
| | Net Estate : | $4,113.76 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****41-65 | 4,113.76 | 0.00 | 0.00 |
| Checking # ***-*****41-66 | 0.00 | 0.00 | 4,113.76 |
| | $4,113.76 | $0.00 | $4,113.76 |

Hansen, Mark & Karen
Case No. 05-28223-PHX RJH

TRUSTEE'S PROPOSED DISTRIBUTION

ADMINISTRATIVE EXPENSES:

| APPLICANT | FEES | EXPENSES | TOTAL ALLOWED | AMOUNT TO BE PAID |
|---|---|---|---|---|
| Trustee Fees LAWRENCE J. WARFIELD | $ 1,028.44 | | $ 1,028.44 | $ 1,028.44 |
| Trustee Expenses LAWRENCE J. WARFIELD | | $ 65.74 | $ 65.74 | $ 65.74 |
| | | | TOTAL | $ 1,094.18 |

CLAIMS:

| TYPE OF CLAIM | CLAIM NO. | CLAIM NAME | AMOUNT OF CLAIM ALLOWED | AMOUNT TO BE PAID |
|---|---|---|---|---|
| Unsecured | 1 | THUNDERBIRD COLLECTION SPECIALISTS | $ 3,537.32 | $ 294.50 |
| Unsecured | 2 | ARIZONA PUBLIC SERVICE | $ 895.09 | $ 74.52 |
| Unsecured | 3 | OLIPHANT FINANCIAL, LLC | $ 18,359.57 | $ 1,528.47 |
| Unsecured | 4 | CAVALRY PORTFOLIO SERVICES, LLC | $ 12,243.72 | $ 1,019.32 |
| Unsecured | 5 | Verizon Wireless West | $ 697.70 | $ 58.08 |
| Unsecured | 6 | eCAST Settlement Corporation assignee | $ 536.82 | $ 44.69 |
| Surplus funds being returned to the debtor (if any) | | | | $ 0.00 |
| | | | TOTAL | $ 3,019.58 |
| | | | TOTAL ALL CLAIMS | $ 4,113.76 |

ONLY those Claims which may receive a dividend have been listed. The proposed distribution is dependent on the Court's ruling on the allowance of Administrative expenses, additional Court costs, remaining contests of claims, additional interest and objections to this proposed distribution.

DATED: 10/3/07

LAWRENCE J. WARFIELD, Trustee

REVIEW OF UNITED STATES TRUSTEE & AUTHORIZATION TO MAKE DISTRIBUTION

I have reviewed the Trustee's Final Report and Proposed Distribution, and authorize the payment of dividends to creditors after: all creditors and interested parties have been noticed and no objections have been timely filed; or if any objections are filed, they have been resolved with a final non-appealable order. If the net proceeds do not exceed $1,500 and each chapter 7 application for compensation or reimbursement of expense does not exceed $1,000, notice to creditors is not required.

ILENE J. LASHINSKY
United States Trustee
District of Arizona

Dated: 12/4/07    By: Carol Pagarial

Lawrence J. Warfield
Chapter 7 Panel Trustee
P.O. Box 14647
Scottsdale, AZ 85267